

# Court of Appeals
# Sixth Appellate District of Texas

## J U D G M E N T

Christie Lynn Darlin, Appellant

No. 06-13-00113-CR          v.

The State of Texas, Appellee

Appeal from the 354th District Court of Hunt County, Texas (Tr. Ct. No. 28539). Opinion delivered by Justice Carter, Chief Justice Morriss and Justice Moseley participating.

As stated in the Court's opinion of this date, we find that the motion of the appellant to dismiss the appeal should be granted. Therefore, we dismiss the appeal.

We note that the appellant, Christie Lynn Darlin, has adequately indicated her inability to pay costs of appeal. Therefore, we waive payment of costs.

RENDERED JULY 11, 2013
BY ORDER OF THE COURT
JOSH R. MORRISS, III
CHIEF JUSTICE

ATTEST:
Debra K. Autrey, Clerk